```
                                                          FILED
                                                        MAR 29 2018
```


# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17cr4211 JLS |
|---|---|
| Plaintiff, | SUPERSEDING INFORMATION |
| v. | Title 18, U.S.C., Sec. 1001- False Statement to a Federal Officer |
| YAVAR FOULADI-BAGHBADORANI, | |
| Defendant. | |

The Acting United States Attorney charges:

On or about November 19, 2017, within the Southern District of California, defendant, YAVAR FOULADI-BAGHBADORANI, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that, defendant did represent and state to a Department of Homeland Security, United States Border Patrol Agent that he and the driver of the vehicle in which he was riding were picking up hitchhikers when, in truth and in fact, the individuals riding in the vehicle were undocumented aliens, in violation in violation of Title 18, United States Code, Section 1001.

DATED: March 29, 2018

ADAM L. BRAVERMAN
United States Attorney

ANNE KRISTINA PERRY
Assistant U.S. Attorney

3/29/2018

71